1

2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11

12  This Document Relates to:                  )
                                               )
13  *Donald Whitman, et al. v. Pfizer Inc*     )   **MDL NO. 1699**
    (06-1350 CRB)                              )   **District Judge:  Charles R. Breyer**
14                                             )
    *Mildred Hance v. Pfizer Inc, et al.*      )
15  (06-1718 CRB)                              )
                                               )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )   **STIPULATION AND ORDER OF**
    (06-2621 CRB)                              )   **DISMISSAL WITH PREJUDICE**
17                                             )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                             )
    (06-2649 CRB)                              )
19                                             )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                             )
    (06-2658 CRB)                              )
21                                             )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                             )
    (06-2660 CRB)                              )
23                                             )
    *Ronny Maria Sanders, et al. v. Pfizer Inc* )
24  (06-2681 CRB)                              )
                                               )
25  *Lori Sargent et al. v. Pfizer Inc*        )
    (06-3675 CRB)                              )
26                                             )
    *James Hall, et al. v. Pfizer Inc*         )
27  (06-3676 CRB)                              )
                                               )
28  *John Hayhurst v. Pfizer Inc, et al.*      )

                                    -1-

           **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42581180.1

1 | (06-3758 CRB)                                              )

2 | *Bill Casillas, et al. v. Pfizer Inc, et al.*             )
3 | (06-3958 CRB)                                              )

4 | *Patricia Knudsen v. Pfizer Inc, et al.*                  )
  | (06-4043 CRB)                                              )

5 | *Betty Moncrief, et al. v. Pfizer Inc, et al.*            )
6 | (06-4100 CRB)                                              )

7 | *Annette Edelen, et al. v. Pfizer Inc, et al.*            )
  | (06-4147 CRB)                                              )

8 | *Debbie Mitchell v. Pfizer Inc, et al.*                   )
9 | (06-4296 CRB)                                              )

10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*          )
   | (06-4362 CRB)                                             )

11 | *Demetrio Rubio v. Pfizer Inc, et al.*                   )
12 | (06-4449 CRB)                                             )

13 | *Earlene McBride, et al. v. Pfizer Inc, et al.*          )
   | (06-4462 CRB)                                             )

14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.*       )
15 | (6-4463 CRB)                                              )

16 | *Virginia Thorne v. Pfizer Inc, et al.*                  )
   | (06-4464 CRB)                                             )

17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.*         )
18 | (06-4586 CRB)                                             )

19 | *Annie White, et al. v. Pfizer Inc, et al.*              )
   | (06-4678 CRB)                                             )

20 | *Martha Stevens, et al. v. Pfizer Inc, et al.*           )
21 | (06-4920 CRB)                                             )

22 | *Janette Smith v. Pfizer Inc, et al.*                    )
   | (06-4977 CRB)                                             )

23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.*           )
24 | (06-5272 CRB)                                             )

25 | *Dawna Garza v. Pfizer Inc, et al.*                      )
   | (06-5416 CRB)                                             )

26 | *Ralph Adams, et al. v. Pfizer Inc, et al.*              )
27 | (06-5591 CRB)                                             )

   | *Albert Leong v. Pfizer Inc, et al.*                     )
28 | (06-5666 CRB)                                             )

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1

1

2  *Catherine Connolly, et al. v. Pfizer Inc, et al.*
   (06-5738 CRB)

3  *Randy Masker, et al. v. Pfizer Inc, et al.*
   (06-5739 CRB)

4

5  *Charlie Rhome, et al. v. Pfizer Inc, et al.*
   (06-5740 CRB)

6  *Paulette Balda, et al. v. Pfizer Inc, et al.*
   (06-5765 CRB)

7

8  *William Halpin, et al. v. Pfizer Inc, et al.*
   (06-5777 CRB)

9  *Patricia Howard, et al. v. Pfizer Inc, et al.*
   (06-5916 CRB)

10

11  *Alice Ryan, et al. v. Pfizer, Inc, et al.*
    (06-5917 CRB)

12  *William Coleman, et al. v. Pfizer Inc, et al.*
    (06-5918 CRB)

13

14  *Monica Mittag, et al. v. Pfizer Inc, et al.*
    (06-5919 CRB)

15  *Cynthia Smith, et al. v. Pfizer Inc, et al.*
    (06-5963 CRB)

16

17  *John Roof v. Pfizer Inc, et al.*
    (06-5964 CRB)

18  *Lynda Jack, et al. v. Pfizer Inc, et al.*
    (06-5965 CRB)

19

20  *Ernest Grant v. Pfizer Inc, et al.*
    (06-5970 CRB)

21  *Alice L. Pettit, et al. v. Pfizer Inc, et al.*
    (06-5973 CRB)

22

23  *Wade Smith, et al. v. Pfizer Inc, et al.*
    (06-5975 CRB)

24  *Richard Gilmore, et al. v. Pfizer Inc, et al.*
    (06-5977 CRB)

25

26  *Sergio Estrada v. Pfizer Inc, et al.*
    (06-5978 CRB)

27  *John Vallee, et al. v. Pfizer Inc, et al.*
    (06-5981 CRB)

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\25811180.1

1 | *Betty Scott, et al. v. Pfizer Inc, et al.* )
    *(06-5983 CRB)* )

2 | )

3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* )
    *(06-6058 CRB)* )

4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* )
    *(06-6059 CRB)* )

5 | )

6 | *Marion Walker, et al. v. Pfizer Inc, et al.* )
    *(06-6060 CRB)* )

7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )
    *(06-6061 CRB)* )

8 | )

9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* )
    *(06-6062 CRB)* )

10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* )
    *(06-6064 CRB)* )

11 | )

12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* )
    *(06-6065 CRB)* )

13 | *Antonio Pratts v. Pfizer Inc, et al.* )
    *(06-6066 CRB)* )

14 | )

15 | *Mark Childs v. Pfizer Inc, et al.* )
    *(06-6067 CRB)* )

16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )
    *(06-6068 CRB)* )

17 | )

18 | *James E. Garver, et al. v. Pfizer Inc, et al.* )
    *(06-6070 CRB)* )

19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )
    *(06-6071 CRB)* )

20 | )

21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* )
    *(06-6073 CRB)* )

22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* )
    *(06-6075 CRB)* )

23 | )

24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* )
    *(06-6083 CRB)* )

25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* )
    *(06-6084 CRB)* )

26 | )

27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* )
    *(06-6087 CRB)* )

28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* )

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\25811180.1

1 | (06-6088 CRB) )

2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* )
(06-6089 CRB) )

3 | )

4 | *Willie Vaughn v. Pfizer Inc, et al.* )
(06-6092 CRB) )

5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* )
(06-6093 CRB) )

6 | )

7 | *Douglas Horton v. Pfizer Inc, et al.* )
(06-6094 CRB) )

8 | *June N. Bell v. Pfizer Inc, et al.* )
(06-6095 CRB) )

9 | )

10 | *Jerry Rice, et al. v. Pfizer Inc, et al.* )
(06-6096 CRB) )

11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* )
(06-6097 CRB) )

12 | )

13 | *Steven Woods, et al. v. Pfizer Inc, et al.* )
(06-6098 CRB) )

14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* )
(06-6116 CRB) )

15 | )

16 | *April Froehlich, et al. v. Pfizer Inc, et al.* )
(06-6117 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

DATED: 10 - 29 , 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-

EAST\42581180.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**